# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT AGUIRRE, | Case No.  1:10-cv-02386-SAB (PC) |
| Plaintiff, | ORDER DISMISSING THIS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| JAMES YATES, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff Albert Aguirre ("Plaintiff") is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, 2013, the Court issued an order dismissing Plaintiff's complaint, with leave to amend, for failure to state a claim.  (ECF No. 7.)  Plaintiff was given thirty days to amend his complaint and was cautioned that the failure to do so would result in the dismissal of this action, with prejudice.  More than thirty days has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e),

IT IS HEREBY ORDERED that:

1.      This action be dismissed, with prejudice, based on Plaintiff's failure to state any

1

1   claims upon which relief may be granted under § 1983;

2.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011); and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 13, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

2